IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARL GALLO, Jr., )
 )
    Plaintiff, )
 )
    v. ) No. 10 C 8111
 )
MARCUS HARDY, Warden )
 )
    Defendant. )

## MEMORANDUM ORDER

Carl Gallo, Jr. ("Gallo") has filed a 42 U.S.C. §1983 ("Section 1983") action against Warden Marcus Hardy, accompanying his pro se Complaint with an In Forma Pauperis Application ("Application") together with the trust fund account printout called for by 28 U.S.C. §1915(a)(2).[1] This Court has made the calculations called for by Section 1915(b)(1) and holds that the Application should be granted to the extent that Gallo need not pay the full $350 filing fee in advance, going forward instead with an obligation to pay that fee in installments.

Gallo's average monthly deposits in his trust fund account at Stateville Correctional Center ("Stateville", where he is now in custody) for the relevant six-month period amounted to $30.41, so that the required initial partial filing fee payment is $6.08 (20% of that figure). Accordingly the Application is granted to the extent stated in the preceding paragraph.

---

[1] Further references to Title 28 provisions will simply take the form "Section --."

Gallo is therefore assessed an initial partial payment of $6.08, and the Stateville trust fund officer is ordered to collect that amount from Gallo's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 S. Dearborn Street
>Chicago, IL 60604
>Attention: Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Gallo's name and the 10 C 8111 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the Stateville trust fund officer.

After such initial payment, the trust fund offer at Stateville (or at any other correctional facility where Gallo may hereafter be confined) is authorized to collect monthly payments from Gallo's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

                                                            _____
                                                            Milton I. Shadur
                                                            Senior United States District Judge

Date:    December 28, 2010